```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Esther Rottenstein,

                          Plaintiff,

-against-

Equifax Information Services, LLC et al,

                         Defendants.

1:20-cv-06254 (JPO) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. The request by Defendant American Express National Bank ("American Express") to stay discovery in this action as to Plaintiff and American Express pending decision on its motion to compel arbitration (*see* ECF No. 32) is GRANTED on consent.

2. With respect to the remaining Defendant, Discover Bank ("Discover"), the Court hereby stays discovery pending decision on Discover's anticipated motion to stay. Discover shall file such motion no later than November 16, 2020. Plaintiff shall respond no later than November 30, 2020 and Discover shall file any reply no later than December 7, 2020.

SO ORDERED.

DATED:    New York, New York
               October 26, 2020

_____
STEWART D. AARON
United States Magistrate Judge