UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTHER ROTTENSTEIN,
                Plaintiff,

-v-

EQUIFAX INFORMATION SERVICES, LLC, ET AL.,
                Defendants.

20-CV-6254 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On October 21, 2020, defendant American Express National Bank ("American Express"), sued as American Express Co., moved to compel arbitration and stay the action as to American Express pending the outcome of arbitration. (Dkt. No. 33.) Plaintiff has not filed an opposition.

The Court finds that the arbitration agreement contained within Plaintiff's Cardmember Agreement necessitates arbitration of this claim. (Dkt. No. 35-3.) As such, American Express's motion to compel arbitration and stay the action as to American Express pending the outcome of arbitration proceedings is GRANTED. Parties shall file a status letter regarding the status of arbitration by April 30, 2021 or inform the court within two weeks of the conclusion of arbitration, whichever is earlier.

The Clerk of Court is respectfully directed to close the motion at Docket Number 33 and mark the case as stayed pending conclusion of arbitration.

     SO ORDERED.

Dated: December 9, 2020
       New York, New York

                                                 J. PAUL OETKEN
                                                 United States District Judge