UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTHER ROTTENSTEIN,
                    Plaintiff,

-v-

EQUIFAX INFORMATION SERVICES, LLC, ET AL.,
                    Defendants.

20-CV-6254 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On April 30, 2021, the remaining parties wrote to the Court asking for this case to be terminated and dismissed. (Dkt. No. 46.) The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: May 3, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge

1